AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No: 25-1125 PO |
| Jose Angel OCON-ESTRADA (Add hyphen) | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of August 07, 2025 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(2)(Eluding Inspection), an offense described as follows:

being an alien to the United States, elude examination and inspection by Immigration Officers

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agents on August 7, 2025, at a residence in Dona Ana County, New Mexico. When questioned, the defendant admitted to being named Jose. Agents identified Jose as being OCON-Estrada, Jose as the same individual that was granted a voluntary return to Mexico and illegally present in the United States. Agents instructed defendant OCON-Estrada to meet in the front yard. Defendant OCON-Estrada ignored the agents request and entered the residence. Agents proceeded to conduct a knock in an attempt to make contact with defendant OCON-Estrada. Defendant OCON-Estrada refused to open the door thwarting agents attempt to conduct an immigration inspection.

☒ Continued on the attached sheet.

_Complainant's signature_

Adam B. Bloomfield, Agent
_Printed name and title_

Sworn to before me and signed in my presence. VIA PHONE

Date: August 8, 2025

City and state: Las Cruces, N.M.

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
_Printed name and title_


CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Jose Angel OCON ESTRADA

**Continuation of Statement of Facts:**
The defendant last entered the United States by illegally crossing the international boundary in El Paso, Texas on approximately January 1, 2007, at a place not designated as a lawful port of entry.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Bloomfield, Adam B.
Filing Agent